**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLAN HERNANDEZ, | NO. ED CV 18-0001-ODW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 20, 2018.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE